UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIONNE COCKHERAN,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CASE NO. 2:20-cv-00241-BAT

**ORDER OF REMAND**

Based upon the stipulation of the parties (Dkt. 28), it is hereby **ORDERED** that this case is **remanded** to the Commissioner of Social Security for further administrative proceedings, including:

1. Offering the claimant an opportunity for a new hearing and further developing the record, as necessary;

2. Re-evaluating the medical opinions of record, including the February 18, 2016 statement of ARNP Janine Torres, pursuant to 20 C.F.R. §§ 404.1520c, 416.920c;

3. Re-evaluating Plaintiff's subjective complaints pursuant to SSR 16-3p;

4. Re-evaluating Plaintiff's residual functional capacity;

5. Continuing the sequential evaluation, including obtaining supplemental vocational expert testimony and resolving any conflicts between the occupational evidence and information in the Dictionary of Occupational Titles, if necessary; and

6. Taking any further action needed to complete the administrative record and issue a new decision.

ORDER OF REMAND - 1

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 12th day of November, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER OF REMAND - 2